NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A judgment OR ORDER OF a District COURT

United States District Court for the Western District of Wisconsin

Plaintiff(s),
Khaled shabani

File Number: 21-CV-788-BBC.
21-CV-807-BBC.
22-CV-107-BBC.

VS.

Defendant(s)
TONY EVERS,
JOE BIDEN,
FEDERAL BUREAU OF INVETIGATION,

Notice of Appeal

Notice is hereby given that (KHALED SHABANI) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the 7 Circuit (from the final judgment) (from an order) (describing it)) entered in this action on the 2_ day of MARCH 2022

KHALED SHABANI
4620 FREY ST APT
MADISON.WI 53705
3/10/2022

* See Rule 3(c) for permissible ways of identifying appellants.
  21-cv-788-bbc 21-cv-807-bbc 22-cv-107.

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Appeal was served

*Khaled Shabani* (signature)